IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-00476-WDM-PAC

ROY WETHERELL,

    Plaintiff,

v.

JEH/EAGLE SUPPLY, INC.

    Defendant.

---

**ORDER OF DISMISSAL**

---

This matter is before me on the August 17, 2005 Show Cause Order. Plaintiff has not responded. Accordingly, it is now ordered that the complaint and this action are dismissed without prejudice.

DATED at Denver, Colorado, on September 20, 2005.

                        BY THE COURT:

                        /s/ Walker D. Miller
                        United States District Judge

PDF FINAL